DOCKET NO. 405

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE DEERE & CO. FIELD CULTIVATOR AND CHISEL PLOW PATENT
LITIGATION

TRANSFER ORDER

All parties to the actions listed on the attached Schedule
A agree on the desirability of or do not oppose[1] transferring,
pursuant to 28 U.S.C. §1407, the actions pending in districts
other than the Southern District of Iowa to that district
for coordinated or consolidated pretrial proceedings with
the action pending there.   The Panel has found, upon consideration
of the papers submitted and the hearing held, that these
actions involve common  questions of fact and that transfer
will serve the convenience of the parties and witnesses and
promote the just and eficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C.
§1407, the actions listed on the attached Schedule A and
pending in districts other than the Southern District of
Iowa be, and the same hereby are, transferred to that district
and, with the consent of that court, assigned to the Honorable
William C. Hanson for coordinated or consolidated pretrial
proceedings with the actions pending in that district and
listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Acting Chairman

---

[1] The parties to the actions filed a stipulation consenting
to transfer that contained phrasing which may be viewed as
limiting the transferee judge in the exercise of his powers.
The Panel has always eschewed any attempt to limit the authority
and discretion of the transferee judge in multidistrict litigation.
See In re Plumbing Fixtures Cases, 298 F. Supp. 484, 489
(J.P.M.L. 1968).  Accordingly, we reject any implications
in the stipulation of the parties that may appear to circumscribe
the transferee judge's powers.

MDL-405 -- In re Deere & Co. Field Cultivator and Chisel Plow Patent
                    Litigation
            Southern District of Iowa
Deere & Company v. Massey-Ferguson, Inc.,
      C.A. No. 79-214-2
            District of Kansas
Deere & Company v. Hesston Corp.,
      C.A. No. 79-2167
            District of Minnesota
Deere & Company v. Hiniker Co.,
      C.A. No. 2-79-357